UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 05-77134-TJT
BRYAN R TERRY  CHAPTER 13 PROCEEDINGS
 HON. THOMAS J. TUCKER

_____Debtor_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| BRYAN R TERRY<br>38300 MORAVIAN DR<br>CLINTON TWP, MI 48036-0000<br>SSN: XXX-XX-6033 | N/A | N/A | DEBTOR REFUND | 1337200 | 1/31/11 | $ 330.02 |

DATED: February 17, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0577134  00000  017414  1337200
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 01/31/2011  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1337200

| 0577134 | BRYAN R TERRY | | | 330.02 | 0.00 | 330.02 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
535 Griswold St, Ste 111-615  
Detroit, MI 48226  
(313)967-9857

64-79  
611

CHECK NO. 1337200  
SunTrust Bank

**FOR** BRYAN R TERRY  
BK:0577134 ACCT:  
PRIN: 330.02  INT: 0.00

DATE Jan 31, 2011  
AMOUNT  
********330.02

**PAY** 330.02  
Three Hundred Thirty And 02 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT

VOID OVER $330.02  
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

Tammy L. Terry  
Chapter 13 Trustee

⑈1337200⑈ ⑆061100790⑆ 000000575151 6⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:            CASE NO. 05-77134-TJT
BRYAN R TERRY             CHAPTER 13 PROCEEDINGS
                                    HON. THOMAS J. TUCKER

            Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

James P. Frego II
23843 Joy Road
Dearborn Heights, MI 48127

**Last Known Address for Debtor:**

BRYAN R TERRY
38300 MORAVIAN DR
CLINTON TWP, MI 48036

DATED: February 17, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226